UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 21-cr-3246-JLS |
| v. | ) |
| CARLOS BARRAGAN LEON (1), AMERICA GARCIA VARGAS (2), | ) ORDER |
| Defendant. | ) |

The United States of America and defendants, CARLOS BARRAGAN LEON and AMERICA GARCIA VARGAS, jointly move to continue the motion hearing/trial setting set for December 17, 2021, at 1:30 p.m.

For reasons stated in the joint motion, incorporated by reference herein, the Court finds good cause to continue the motion hearing.

IT IS ORDERED that the joint motion is granted. The motion hearing/trial setting shall be continued to January 28, 2022 at 1:30 p.m.  Defendants shall file an acknowledgement of the new hearing date by December 30, 2021.

Further, time is excluded from December 17, 2021 through the motion hearing to be heard on January 28, 2022, pursuant to Title 18, United States Code, Section 3161 (h)(1)(D) and (h)(7)(A).

IT IS SO ORDERED.

Dated:  December 15, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge