# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS BARRAGAN LEON (1),<br>AMERICA GARCIA VARGAS (2),<br><br>Defendants. | Case No.: 21-CR-03246-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING** |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that the motion hearing, currently scheduled for January 28, 2022, be rescheduled to *March 4, 2022, at 1:30PM*.  Defendants shall file acknowledgements of the new hearing date by February 11, 2022.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  January 26, 2022

Hon. Janis L. Sammartino
United States District Judge