FILED

JUN 24 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-CR-3246-JLS |
| Plaintiff, | ~~(PROPOSED)~~ AMENDED ORDER GRANTING JOINT MOTION TO ALLOW OUT OF DISTRICT TRAVEL |
| vs. | |
| CARLOS BARRAGAN-LEON, | |
| Defendant. | |

Based upon the joint motion of the parties, and GOOD CAUSE appearing, it is hereby ordered that Defendant BARRAGAN-LEON may to travel to and from Tijuana, Baja California on a weekend to be determined to visit his mother.

IT IS FURTHER ORDERED that U.S. Pretrial Services shall temporarily return his passport to him so that he may reenter the country. Upon his return, he shall promptly surrender his passport to U.S. Pretrial Services.

IT IS FURTHER ORDERED that Defendant notify his U.S. Pretrial Services Officer prior to his departure and within 24 hours of his return.

IT IS SO ORDERED:

Dated: 6/24/22

HON. JANIS L. SAMMARTINO
United States District Judge