# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-03246-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| CARLOS BARRAGAN LEON (1), AMERICA GARCIA VARGAS (2) | |
| Defendants. | |

The United States' Motion to Dismiss the Information (ECF No. 28) is hereby GRANTED. The Information is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: September 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge